BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BABAR RASHID, | ) |
| | ) Case No.: 2:14-cv-2109 JAM KJN |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JEH JOHNSON, et al., | ) **JOINT STIPULATION AND ORDER** |
| | ) **RE: ABEYANCE** |
| Defendants. | ) |
| | ) |
| | ) |

This is an immigration case in which plaintiff has challenged the alleged delay in adjudication of his naturalization application by U.S. Citizenship and Immigration Services (CIS). However, Plaintiff has recently been referred into removal proceedings. This Court's jurisdiction to consider the merits of the naturalization application is limited now that Plaintiff has been referred into proceedings. *De Lara Bellajaro v. Schiltgen*, 378 F.3d 1042, 1043, 44 (9th Cir. 2004). Accordingly, the parties now stipulate to hold this matter in abeyance pending resolution of the removal proceedings. The parties agree to file a status report on September 24, 2015, and agree that all other filing deadlines are suspended until that time.

Dated:  November 12, 2014			Respectfully submitted,

						BENJAMIN B. WAGNER
						United States Attorney

						s/ Audrey B. Hemesath
						AUDREY B. HEMESATH
						Assistant United States Attorney

						s/ Ruby Lieberman
						RUBY LIEBERMAN
						Attorney for the Plaintiff


					ORDER

    For the foregoing reasons, the case is held in abeyance.  The parties shall submit a status report on September 24, 2015.

DATED: 11/12/2014

						/s/ John A. Mendez
						UNITED STATES DISTRICT COURT JUDGE