BENJAMIN B. WAGNER
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BABAR RASHID, | )<br>) Case No.: 2:14-cv-2109 JAM KJN |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| JEH JOHNSON, et al., | ) **JOINT STIPULATION AND ORDER**<br>) **RE: CONTINUED ABEYANCE** |
| Defendants. | )<br>)<br>) |

   This is an immigration case currently held in abeyance as Plaintiff is in removal proceedings. Plaintiff's lawsuit challenging the alleged delay in adjudication of his naturalization application by U.S. Citizenship and Immigration Services (CIS) cannot proceed while removal proceedings are pending. Plaintiff's next court date in immigration court is on November 7, 2016. Accordingly, the parties stipulate to continue the abeyance of this case pending resolution of the removal proceedings. The parties agree to file a status report on December 1, 2016, and agree that all other filing deadlines are suspended until that time.

| | |
|---|---|
| Dated:  September 3, 2015 | Respectfully submitted, |
| | BENJAMIN B. WAGNER<br>United States Attorney |
| | s/ Audrey B. Hemesath<br>AUDREY B. HEMESATH<br>Assistant United States Attorney |
| | s/ Ruby Lieberman<br>RUBY LIEBERMAN<br>Attorney for the Plaintiff |

## ORDER

For the foregoing reasons, the case is held in abeyance.  The parties shall submit a status report on December 1, 2016.

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE

2