PHILLIP A. TALBERT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BABAR RASHID, | ) |
| | ) Case No.: 2:14-cv-2109 JAM KJN |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JEH JOHNSON, et al., | ) **JOINT STIPULATION AND ORDER** |
| | ) **RE: EXTENSION OF TIME** |
| Defendants. | ) |
| | ) |
| | ) |

This is an immigration case currently held in abeyance as Plaintiff is in removal proceedings. Removal proceedings have very recently terminated, and United States Citizenship and Immigration Services is in the process of obtaining the administrative file from immigration court. Accordingly, the parties stipulate to an additional 30 day continuance of the abeyance of this case. The parties agree to file a status report on January 4, 2017, and agree that all other filing deadlines are suspended until that time.

Dated: November 30, 2016                    Respectfully submitted,

                                                         BENJAMIN B. WAGNER
                                                         United States Attorney

                                                         s/ Audrey B. Hemesath
                                                         AUDREY B. HEMESATH
                                                         Assistant United States Attorney

                    s/ Ruby Lieberman
                    RUBY LIEBERMAN
                    Attorney for the Plaintiff

## ORDER

For the foregoing reasons, the case is held in abeyance. The parties shall submit a status report on January 4, 2017.

                    /s/ John A. Mendez
                    UNITED STATES DISTRICT COURT JUDGE