PHILLIP A. TALBERT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BABAR RASHID,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JEH JOHNSON, et al.,<br><br>　　　　Defendants. | Case No.: 2:14-cv-2109 JAM KJN<br><br>**JOINT STIPULATION AND ORDER RE: EXTENSION OF TIME** |

This is an immigration case that was held in abeyance while Plaintiff was in removal proceedings. Removal proceedings have now been terminated, and United States Citizenship and Immigration Services has obtained the alien file and is in the process of reviewing that file. Accordingly, the parties stipulate to an additional 30 day continuance of the abeyance of this case. The parties agree to file a status report on February 6, 2017, and agree that all other filing deadlines are suspended until that time.

Dated: December 30, 2016　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　s/ Audrey B. Hemesath
　　　　　　　　　　　　　　　　　　　　AUDREY B. HEMESATH
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

                                     s/ Ruby Lieberman
                                     RUBY LIEBERMAN
                                     Attorney for the Plaintiff

## ORDER

For the foregoing reasons, the case remains held in abeyance. The parties shall submit a status report on February 6, 2017.

DATED: January 3, 2017

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE