Ruby Lieberman *California State Bar # 154304*
369 Pine Street, #725
San Francisco, CA 94104
Tel. (415) 362-5158
Fax. (415) 693-9411
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Babar RASHID,<br><br>        Plaintiff,<br><br>   v.<br><br>DEPARTMENT OF HOMELAND SECURITY, John F. Kelly, Secretary; et al.,<br><br>        Defendants. | **No. 2:14-cv-2109-JAM-KJN**<br><br>**JOINT STIPULATION AND ORDER RE: DISMISSAL AND EAJA MOTION** |

    Plaintiff was sworn in as a U.S. citizen on June 28, 2017. The parties therefore stipulate to voluntary dismissal of this case with this Court retaining jurisdiction to consider Plaintiff's Motion for Attorney fees pursuant to the Equal Access to Justice Act, the deadline for which is governed by 28 USC § 2412 (d). The Motion therefore will be filed no later than July 17, 2017, which will be within 30 days of the 60 days allowed for appealing this Court's Remand Order of April 19, 2017.

Dated: June 30, 2017                         Respectfully submitted,


                                             /s/ Ruby Lieberman
                                             RUBY LIEBERMAN
                                             Attorney for Plaintiff



Dated: June 30, 2017                         /s/
                                             AUDREY B. HEMESATH



**ORDER**

Pursuant to the terms of the parties' stipulation for voluntary dismissal, IT IS HEREBY ORDERED that:

1. The matter is dismissed;
2. This Court retains jurisdiction to adjudicate a Motion submitted by Plaintiff under the Equal Access to Justice Act;
3. The deadline for any application for an award under the Equal Access to Justice Act is government by 28 USC § 2412 (d).


   IT IS SO ORDERED.

   Dated: 6/30/2017         /s/ John A. Mendez
                            JOHN A. MENDEZ
                            UNITED STATES DISTRICT COURT JUDGE